AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: <br> 2:24-MJ-05788 | Date and time warrant executed: <br> September 24, 2024 4:00 AM | Copy of warrant and inventory left with: <br> Jimmy Majeau |
| Inventory made in the presence of : <br> TFO Joe Somogye |||
| Inventory of the property taken and name of any person(s) seized: <br><br> - Undetermined amount of US Currency <br> - Silver Macbook laptop S/N: CO2D33MBP3Y1 <br> - Unknown white powder <br> - Quantity of suspected MDMA pills <br> - Two (2) silver diamond watches <br> - Seven (7) silver diamond bracelets <br> - Three (3) diamond necklaces <br> - Two (2) sets of diamond earings <br> - One (1) gold ring <br> - One diamond pendant <br> - Two (2) gold bracelets <br> - Two sets of gold earings <br> - One green purse <br> - Quantity of unknown brown substance <br> - One (1) black Apple iPhone <br> - One (1) black Apple iPhone <br> - White 2021 Lamborghini CA-8XRF034 |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/24/2024

*Joseph Galloro* <br>
*Executing officer's signature*

Special Agent Joseph Galloro <br>
*Printed name and title*